```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF LOUISIANA
                   ALEXANDRIA DIVISION
```

WOODY VOINCHE                      CIVIL ACTION NO. 07-0528

VERSUS                             U.S. DISTRICT JUDGE DEE D. DRELL

GLENN FINE, et al      U.S. MAGISTRATE JUDGE JAMES D. KIRK

### REPORT AND RECOMMENDATION

Before the court is a motion to dismiss, **doc. # 11,** filed by defendants, U. S. Congressmen John Conyers and James Sensenbrenner. The motion has been referred to me for report and recommendation.

Plaintiff, Woody Voinche, sues seeking relief under the Freedom of Information Act and other Federal statutes regarding electronic surveillance on him by the FBI. Voinche claims that investigations have not been performed and he seeks a court order that defendants, members of the Judiciary Committee, investigate his claims.

### Motion to Dismiss

In considering a motion to dismiss, the court must assume the truth of factual allegations of the complaint and liberally construe them in favor of the plaintiff. Nicastro v. Clinton, 882 F.Supp. 1128, *affirmed* 84 F.3d 1446. The complaint should not be dismissed unless it appears beyond doubt that plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Strother v. Southern California Permanente Medical Group.

79 F.3d 859 (9th Cir. Cal. 1996). In deciding the motion to dismiss, the function of the district court is to test the legal sufficiency of the complaint. <u>City of Toledo v. Beazer Materials and Services, Inc</u>., 833 F.Supp. 646 (N.D. Ohio 1993).

<u>Analysis</u>

1. Official immunity.

The judicially created doctrine of official immunity protects federal officials from civil suits arising out of actions taken in the performance of their official duties and responsibilities. <u>Williams v. Brooks</u>, 945 F.2d 1322, 1327 (5th Cir. 1991). Officials of the United States "should be free to exercise their duties unembarrassed by the fear of damage suits in respect to acts done in the course of their duties. * * * " See <u>Barr v. Matteo</u>, 79 S.Ct. 1335, 1339 (1959).

Official immunity bars this action against these defendants.

2. Legislative immunity.

Voinche's claims that the Congressmen failed in their duty to investigate, which arises only from their legislative duties, are barred by the immunity granted them by the Speech and Debate Clause of the Constitution of the United States. Art. I, Sec. 6, cl.1. See <u>Eastland v. United States Serviceman's Fund</u>, 95 S. Ct. 1813 (1975), <u>Doe v. McMillan</u>, 93 S.CT. 2018 (1973).

3. Standing

Voinche lacks Article III standing to force the Congressmen to

do anything. See Keener v. Congress, 467 F.2d 952 (5th Cir. 1972), Craft v. McNulty, 875 121, 124 (N.D.N.Y. 1995).

4. Freedom of Information Act

The Freedom of Information Act, to the extent Voinche claims a right to redress under it, does not apply to Congressmen, but only to agencies fo the United States. It specifically excludes Congress from its application. 5 U.S.C. §552, 551.

For the foregoing reasons IT IS RECOMMENDED that defendants' motion to dismiss be GRANTED and that the claims against the Congressmen be DISMISSED with prejudice

**OBJECTIONS**

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have ten (10) business days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the district judge at the time of filing. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING**

**ON APPEAL THE UN-OBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED in chambers, in Alexandria, Louisiana, on this the 25th day of July, 2007.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE