

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WOODY VOINCHE | CIVIL ACTION NO. 07-0528 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| GLENN FINE, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, **Doc. #11**, is GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of September, 2007.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**